# INDEX OF EXHIBITS

Exhibit 1: Individual Retirement Custodial Account Agreement

Exhibit 2: Massachusetts Securities Division/Woodbridge Consent Order dtd May 4, 2015

Exhibit 3: Texas Securities Board/Woodbridge Emergency Cease and Desist Order dtd July 17, 2015

Exhibit 4: Arizona Securities Division/Woodbridge Temporary Order To Cease and Desist dtd October 4, 2016

Exhibit 5: Pennsylvania Department of Securities/Woodbridge Consent Order dtd April 24, 2017

Exhibit 6: Michigan Securities Bureau/Woodbridge Notice and Order To Cease and Desist dtd August 8, 2017

Exhibit 7: Letter from Mainstar Trust to Anna Rybak dtd November 6, 2017

Exhibit 8: 2017 Provident Account Statement for Noel C. Murray Roth IRA