# Exhibit 7

**(Letter from Mainstar Trust to Anna Rybak dtd November 6, 2017)**

**(Letter from Mainstar Trust to Anna Rybak dtd November 6, 2017)**

# Exhibit 7



guide your future

November 6, 2017

Anna K Rybak

Re: Account #

Dear Anna K Rybak,

Mainstar Trust serves as Custodian of your IRA. Pursuant to your direction, your IRA currently holds Woodbridge assets. From time to time, Mainstar becomes aware of publicly available information that might be of interest to certain account holders.

It is our understanding that on November 1, 2017 the Securities and Exchange Commission (SEC) released on their website, information concerning Woodbridge assets. The information can be reviewed at this link: **https://www.sec.gov/litigation/litreleases/2017/lr23977.htm.** Further information can be found by clicking the "Application" link at the bottom of the release. Mainstar has no business relationship with Woodbridge and has no information other than what is disclosed in these documents.

Please note: Mainstar's role as custodian of self-directed accounts is nondiscretionary and/or administrative in nature. The Accountholder or his/her authorized representative must direct all investment transactions and choose the investment(s) for the account. Mainstar has no responsibility or involvement in selecting or evaluating any investment. Nothing contained herein letter shall be construed as investment, legal, tax or financial advice or as a guarantee, endorsement, or certification of any investments.

If you have any further question, please feel free to contact our office at 800.521.9897.

Sincerely,

Mainstar Trust