MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       hicksja@gtlaw.com

MICHAEL J. PRAME, ESQ.
SARAH M. MARTIN, ESQ.
*Pro Hac Vice Forthcoming*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Telephone: (202) 861-6633
Facsimile: (202) 659-4503
Email: mprame@groom.com
       smartin@groom.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOEL C. MURRAY and DR. SWARNA PERERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PROVIDENT TRUST GROUP, LLC, and ASCENSUS, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01382-MMD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiffs Noel C. Murray and Dr. Swarna Perera ("Plaintiffs"), by and through their counsel of record, the Law Office of Hayes & Welsh and the Law Office of Christopher J. Gray, P.C., and Defendants Provident Trust Group, LLC, and Ascensus, LLC, by and through their counsel of record, Greenberg Traurig, LLP, and Groom Law Group, Chartered, stipulate and request that the Court extend the time by which Defendants must respond to the Complaint by forty-five (45) days up to, and including, **October 8, 2018**. This Stipulation is made and based upon the following:

1

LV 421190661v1

1. Plaintiffs filed their Complaint on July 26, 2018, in which they allege Defendants breached their contractual and fiduciary duties as trustees and custodians of Plaintiffs' Individual Retirement Accounts. ECF No. 1. Plaintiffs seek certification to represent a class of similarly situated individuals across the country. *Id*.

2. Defendants were served with the Complaint on August 2, 2018. ECF No. 7. Defendants' response is currently due August 23, 2018. *Id*.

3. Counsel for Defendants have recently been engaged and require additional time to evaluate Plaintiffs' allegations and prepare a response, taking into account the exercise of due diligence.

4. In light of the foregoing, the parties agree that Defendants shall have up to, and including, **October 8, 2018**, to respond to the Complaint.

5. This is the first request for an extension of time. This Stipulation is entered into in good faith and not for purposes of delay.

DATED this 20th day of August, 2018.     DATED this 20th day of August, 2018.

 */s/ Jason Hicks*                          */s/ Christopher Gray*
Mark F. Ferrario, Esq.                     Martin L. Welsh, Esq.
Jason K. Hicks, Esq.                       LAW OFFICE OF HAYES & WELSH
GREENBERG TRAURIG, LLP

Michael J. Prame, Esq.                     Christopher J. Gray, Esq.
Sarah M. Martin, Esq.                      Michael Giarrusso, Esq.
GROOM LAW GROUP, CHARTERED                 LAW OFFICE OF CHRISTOPHER J. GRAY
*Attorneys for Defendants*                 *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____