## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NOEL C. MURRAY and DR. SWARNA PERERA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff(s),<br><br>vs.<br><br>PROVIDENT TRUST GROUP, LLC and ASCENSUS, LLC<br><br>        Defendant(s). | Case #2:18-cv-01382<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

      Joshua B. Kons, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Law Offices of Joshua B. Kons, LLC
(firm name)

with offices at     100 Pearl Street, 14th Floor,
(street address)

Hartford, Connecticut, 06103,
(city)     (state)     (zip code)

(860) 920-5181, joshuakons@konslaw.com.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Noel C. Murray and Dr. Swarna Perera to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __November 5, 2012__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Connecticut__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central/Eastern/Northern/Southern Districts CA | 2006/11/13/17 | 244977 |
| Eastern and Western Districts of WI | During 2010 | 1063948 |
| District of Connecticut | During 2013 | 434048 |
| District of North Dakota | During 2015 | n/a |
| Northern/Central District of Illinois | During 2017 | 6304853 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Wisconsin, Illinois, California, and Connecticut

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Connecticut__ )
COUNTY OF __Hartford__ )

__Joshua B. Kons__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__17th__ day of __August__, __2018__.

_____
Notary Public or Clerk of Court

PAULINA ROMANOWSKI
Notary Public
Connecticut
My Commission Expires Sep 30, 2019

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Martin L. Welsh__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__199 N. Arroyo Grande Blvd., Ste. 200__,
(street address)

__Henderson__, __Nevada__, __89074__,
(city) (state) (zip code)

__(702) 434-3444__, __mwelsh@lvlaw.com__.
(area code + telephone number) (Email address)

Rev. 5/16

The undersigned party(ies) appoint(s) _____Martin L. Welsh_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Noel C. Murray
(type or print party name, title)

_____Perera_____
(party's signature)

Dr. Swarna Perera
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4750                    mwelsh@lvlaw.com
Bar number              Email address

APPROVED:

Dated this ____ day of _____, 20__

_____
UNITED STATES DISTRICT JUDGE

5                                          Rev. 5/16



Complaint (FILED).pdf

DocuSign Envelope ID: 3B373188-7572-4EC1-9417-17A62B6B0F54

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Martin L. Welsh_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Noel Murray*
(party's signature)

Noel C. Murray
(type or print party name, title)

_____
(party's signature)

Dr. Swarna Perera
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

8720                            mwelsh@lvlaw.com
Bar number                      Email address

APPROVED:

Dated: this __29th__ day of __August__, 20_18_.

*[signature]*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

July 30, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSHUA BRADFORD KONS, #244977 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*The Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*JOSHUA B. KONS*

*was admitted to practice as an attorney within this state on April 18, 2007 and is presently in good standing in this court.*

*Dated: August 2, 2018*

*Deputy Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Supreme Court at* Hartford on the 5th *day of* November, 2012

**Joshua B. Kons**

*of*

**Simsbury, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day August 1, 2018



Carolyn C. Ziogas
Chief Clerk



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/27/2018

Re: Joshua B. Kons
Attorney No. 6304853

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Joshua B. Kons was admitted to practice law in Illinois on 5/5/2011; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar