1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8  NOEL C. MURRAY and DR. SWARNA )    Case #2:18-cv-01382
9  PERERA, on behalf of themselves and all )
    others similarly situated,       )
10            Plaintiff(s),       )    **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY**
11       vs.                  )    **ATTORNEY NOT ADMITTED**
                             )    **TO THE BAR OF THIS COURT**
12 PROVIDENT TRUST GROUP, LLC and )    **AND DESIGNATION OF**
   ASCENSUS, LLC             )    **LOCAL COUNSEL**
13                              )
           Defendant(s).       )
14 _____ )    FILING FEE IS $250.00

15

16      ___Michael J. Giarrusso___ , Petitioner, respectfully represents to the Court:
            (name of petitioner)

17

    1.    That Petitioner is an attorney at law and a member of the law firm of
18

           Law Office of Christopher J. Gray, P.C.
19                       (firm name)

20 with offices at        360 Lexington Ave., 14th Floor        ,
                          (street address)

21
     ___New York___ , ___New York___ , ___10017___ ,
22        (city)            (state)        (zip code)

23    ___(212) 838-3221___ . ___mike@investorlawyers.net___ .
   (area code + telephone number)      (Email address)

24
    2.    That Petitioner has been retained personally or as a member of the law firm by
25

   ___Noel C. Murray and Dr. Swarna Perera___ to provide legal representation in connection with
26           [client(s)]

27 the above-entitled case now pending before this Court.

28
                                            Rev. 5/16

3.   That since _____December 5, 2012_____, Petitioner has been and presently is a
                        (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                      (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court District of New Jersey | November 3, 2015 | 010402008 |
| Southern District of New York | January 5, 2016 | MG1020 |
| | | |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

Rev. 5/16

1       6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give

2   particulars if ever denied admission):

3  (State "none" if Petitioner has never been denied admission.) None.

4

5

6       7.     That Petitioner is a member of good standing in the following Bar Associations.

7  (State "none" if Petitioner is not a member of other Bar Associations.) None.

8

9

10      8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19            (If necessary, please attach a statement of additional applications)

20      9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21 State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22 extent as a member of the State Bar of Nevada.

23     10.    Petitioner agrees to comply with the standards of professional conduct required of

24 the members of the bar of this court.

25     11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

26 practice in this jurisdiction and that the client has consented to such representation.

27

28                         3                  Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____New York_____ )
COUNTY OF _____New York_____ )

_____Michael J. Giarrusso_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_28th_ day of _August_, _2018_.

_____
Notary Public or Clerk of Court

MICHAEL ALEJANDRO
Notary Public, State of New York
Qualified in Kings County
Lic. #01AL6240260 2019
Commission Expires May 2, 2018

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Martin L. Welsh_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____199 N. Arroyo Grande Blvd., Ste. 200_____,
(street address)

_____Henderson_____, _____Nevada_____, _89074_,
(city) (state) (zip code)

_(702) 434-3444_, _mwelsh@lvlaw.com_.
(area code + telephone number) (Email address)

4

Rev. 5/16

6

7   The undersigned party(ies) appoint(s) _____ Martin L. Welsh _____ as
                                              (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)
11
    Noel C. Murray
12  (type or print party name, title)

13  _____
    (party's signature)
14
    Dr. Swarna Perera
15  (type or print party name, title)

16

17              CONSENT OF DESIGNEE
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
    Designated Resident Nevada Counsel's signature
21  8720                    mwelsh@lvlaw.com
    Bar number              Email address
22

23
    APPROVED:
24
    Dated this _____ day of _____, 20__
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                         5                          Rev 5-16



Complaint
(FILED).pdf

DocuSign Envelope ID: 3B373188-7572-4EC1-9417-17A62B6B0F54

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Martin L. Welsh_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Noel Murray
(party's signature)

Noel C. Murray
(type or print party name, title)

_____
(party's signature)

Dr. Swarna Perera
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

8720                     mwelsh@lvlaw.com
Bar number               Email address

APPROVED:

Dated: this 29th day of August, 2018.

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael James Giarrusso

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **5th day of December, 2012**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **31st day of July, 2018**.

*Robert D Mayberger*

Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL JAMES GIARRUSSO**
(No. **010402008** ) was constituted and appointed an Attorney at Law of New Jersey on **November 10, 2008** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **21ST** day of **August** , 20 **18**

_Clerk of the Supreme Court_

-453a-