MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hicksja@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOEL C. MURRAY and DR. SWARNA PERERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENT TRUST GROUP, LLC, and ASCENSUS, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01382-MMD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS**<br><br>**(Second Request)** |

Plaintiffs Noel C. Murray and Dr. Swarna Perera ("Plaintiffs"), by and through their counsel of record, the Law Office of Hayes & Welsh, the Law Office of Christopher J. Gray, P.C., and the Law Offices of Joshua B. Kons, LLC, and Defendants Provident Trust Group, LLC, and Ascensus, LLC, ("Defendants") by and through their counsel of record, Greenberg Traurig, LLP, stipulate and request that the Court extend the deadlines (1) by which Plaintiffs must file their opposition to Defendants' motion to dismiss up to, and including, **November 30, 2018**, and (2) by which Defendants must file their reply in support of their motion to dismiss up to, and including, **January 11, 2019**. This stipulation is made and based upon the following:

1. Plaintiffs filed their Complaint on July 26, 2018, in which they allege Defendants breached their contractual and fiduciary duties as trustees and custodians of Plaintiffs' Individual Retirement Accounts. ECF No. 1. Plaintiffs seek certification to represent a class of similarly situated individuals across the country. *Id*.

2. Defendants filed a motion to dismiss on October 8, 2018. ECF No. 21. By way of prior stipulation (ECF No. 24), Plaintiffs' opposition is currently due November 12, 2018, and Defendants' reply is currently due December 3, 2018.

3. Counsel for Plaintiffs require additional time to prepare their opposition, taking into account the exercise of due diligence. Counsel for Defendants have trials scheduled during the current reply deadline and thus require additional time to draft their reply.

4. In light of the foregoing, the parties agree that Plaintiffs shall have up to, and including, **November 30, 2018,** to file their opposition to the motion to dismiss and that Defendants shall have up to, and including, **January 11, 2019**, to file their reply in support.

5. This is the second request for an extension of time. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 5th day of November 2018.   DATED this 5th day of November 2018.

By: */s/ Mark E. Ferrario*
　　Mark E. Ferrario, Esq.
　　Jason K. Hicks, Esq.
　　GREENBERG TRAURIG, LLP
　　10845 Griffith Peak Drive
　　Las Vegas, NV 89135

　　Robert H. Bernstein, Esq
　　Michael J. Slocum, Esq.
　　*Pro Hac Vice Forthcoming*
　　GREENBERG TRAURIG, LLP
　　500 Campus Drive Suite 400
　　Florham Park NJ 07932

　　*Attorneys for Defendants*

By: */s/ Joshua Kons*
　　Martin L. Welsh, Esq.
　　LAW OFFICE OF HAYES & WELSH
　　199 N. Arroyo Grande Blvd. Suite 200
　　Henderson, NV 89074

　　Christopher J. Gray, Esq.
　　Michael J. Giarrusso, Esq.
　　LAW OFFICE OF CHRISTOPHER J. GRAY
　　360 Lexington Ave. #1400
　　New York, NY 10017

　　Joshua Kons, Esq.
　　LAW OFFICES OF JOSHUA B. KONS, LLC
　　939 W North Ave Ste 750
　　Chicago, IL 60642-7142

　　*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 9, 2018

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002