# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NOEL C. MURRAY and DR. SWARNA PERERA, on behalf of themselves and all others similarly situated, | Case No.: 2:18-cv-01382-MMD-GWF |
| Plaintiffs, | **INDEX OF EXHIBITS TO DECLARATION OF JOSHUA B. KONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| PROVIDENT TRUST GROUP, LLC, and ASCENSUS, LLC, | |
| Defendants. | |

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| **Exh. 1** | **Creditor Matrix** |
| | (in connection with Woodbridge Chapter 11 proceeding) |
| **Exh. 2** | **Rybak Correspondence** |
| | (including letters from Mainstar Trust and Woodbridge Wealth) |
| **Exh. 3** | **Intercreditor Agreement** |
| | (concerning certain Noteholders' collective FPCM investment) |
| **Exh. 4** | **2012 Agreement** |
| | (Provident's 2012 Custodial Agreement for IRA owners) |
| **Exh. 5** | **Murray Form 5498** |
| | (Noel C. Murray's Form 5498) |

| | | |
|---|---|---|
| **Exh. 6** | | Friedman Statement |
| | | (Provident Trust statements for IRA owner Joyce E. Friedman) |
| **Exh. 7** | | Meeting Minutes |
| | | (Minutes of the Meeting of the Nevada Assembly Committee on Commerce and Labor – March 20, 2015) |

Dated this November 30, 2018.

Respectfully submitted,

THE LAW OFFICE OF HAYES & WELSH

/s/ Martin L. Welsh
_____
Martin L. Welsh, Esq. (Nevada Bar No. 8720)
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Email: mwelsh@lvlaw.com

LAW OFFICE OF
CHRISTOPHER J. GRAY, P.C.
Christopher J. Gray, Esq. (*Pro Hac Vice*)
Michael J. Giarrusso, Esq.  (*Pro Hac Vice*)
360 Lexington Ave, 14th Floor
New York, New York 10017
Telephone: (866) 966-9598
Facsimile: (212) 937-3139
Email: chris@investorlawyers.net
Email: mike@investorlawyers.net

LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons, Esq. (*Pro Hac Vice*)
100 Pearl Street, 14th Floor
Hartford, CT 06103
Telephone: (860) 920-5181
Facsimile: (860) 920-5174
Email: joshuakons@konslaw.com

*Attorneys for Plaintiffs*