MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       hicksja@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOEL C. MURRAY and DR. SWARNA PERERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PROVIDENT TRUST GROUP, LLC, and ASCENSUS, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01382-MMD-GWF<br><br>**DECLARATION OF MICHAEL SLOCUM IN SUPPORT OF DEFENDANT PROVIDENT TRUST GROUP, LLC'S MOTION TO STAY DISCOVERY** |

I, Michael Slocum, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New Jersey and am counsel for Defendants Provident Trust Group, LLC, and Ascensus, LLC. My *pro hac vice* is forthcoming.

2. I make this declaration based upon my personal knowledge and pursuant to Local Rules IA 1-3(f) and 26-7.

3. On or about December 5, 2018, I met and conferred with Plaintiffs' counsel, Joshua Kohns, via telephone. Mr. Kohns and I discussed the possibility of the parties stipulating to stay discovery pending a ruling on Defendants' Motion to Dismiss (ECF No. 21).

4. Mr. Kohns indicated that Plaintiffs are not willing to stay discovery pending a ruling on the Motion to Dismiss.

1

NJ 231086947v1

5.    As such, despite a sincere effort to resolve or narrow the dispute during the meet-and-confer conference, the parties were unable to resolve or narrow the dispute without Court intervention.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

DATED this 7 day of December 2018.

Michael J. Slocum, Esq.
*Pro Hac Vice Forthcoming*
500 Campus Drive Suite 400
Florham Park NJ 07932
*Attorneys for Defendants*

2

NJ 231086947v1