MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hicksja@gtlaw.com

*Attorneys for Defendants*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NOEL C. MURRAY and DR. SWARNA PERERA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PROVIDENT TRUST GROUP, LLC, and ASCENSUS, LLC,

Defendants.

Case No.: 2:18-cv-01382-MMD-GWF

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR STAY**

**(First Request)**

Plaintiffs Noel C. Murray and Dr. Swarna Perera, ("Plaintiffs"), by and through their counsel of record, and Defendants Provident Trust Group, LLC, and Ascensus, LLC, ("Defendants") by and through their counsel of record, hereby stipulate and agree to extend the deadline by which Defendants must submit their reply brief in support of their motion to stay discovery to **January 2, 2019**. This stipulation is made and entered into based upon the following:

1. Plaintiffs filed their Complaint on July 26, 2018, in which they allege Defendants breached their contractual and fiduciary duties as custodians of Plaintiffs' Self-Directed Individual Retirement Accounts. (ECF No. 1). Plaintiffs seek certification to represent a putative class of similarly situated individuals. *Id*.

2. Defendants filed a motion to dismiss on October 8, 2018. (ECF No. 21). As of January 11, 2019, that motion will be fully briefed and awaiting a decision from Judge Du.

3. Defendants thereafter filed a motion to stay discovery pending Judge Du's ruling on their motion to dismiss. (ECF No. 31). Defendants' reply brief in support of the same is currently due December 27, 2018.

4. Given the holidays, travel schedules and competing case commitments, counsel for Defendants requires a brief extension of the reply deadline.

5. In light of the foregoing, the parties stipulate and request that the Court extend the deadline by which Defendants must file their reply brief in support of their motion to stay discovery up to, and including, **January 2, 2019**.

6. This is the first request for an extension of this deadline. This request is made in good faith and not for purposes of delay.

DATED this 27th day of December 2018.

By: */s/ Jason K. Hicks*
Mark E. Ferrario, Esq.
Jason K. Hicks, Esq.
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Las Vegas, NV 89135

Robert H. Bernstein, Esq
*Pro Hac Vice Forthcoming*
Michael J. Slocum, Esq.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
500 Campus Drive Suite 400
Florham Park NJ 07932

*Attorneys for Defendants*

DATED this 27th day of December 2018.

By: */s/ Joshua Kons*
Martin L. Welsh, Esq.
LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd. Suite 200
Henderson, NV 89074

Christopher J. Gray, Esq.
Michael J. Giarrusso, Esq.
LAW OFFICE OF CHRISTOPHER J. GRAY
360 Lexington Ave. #1400
New York, NY 10017

Joshua Kons, Esq.
LAW OFFICES OF JOSHUA B. KONS, LLC
939 W North Ave Ste 750
Chicago, IL 60642-7142

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 12-28-2018

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002