# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NOEL C. MURRAY and DR. SWARNA PERERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENT TRUST GROUP, LLC,<br><br>Defendant. | Case No.: 2:18-cv-01382-MMD-GWF<br>**ORDER RE:**<br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Plaintiffs Noel C. Murray, Dr. Swarna Perera, and Joyce E. Friedman ("Plaintiffs"), by and through their counsel of record, the Law Office of Hayes & Welsh, the Law Office of Christopher J. Gray, P.C., and the Law Offices of Joshua B. Kons, LLC, and Defendant Provident Trust Group, LLC, by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate and request that the Court extend the time by which Plaintiffs must file papers in opposition to

Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (DE 49, the "Motion to Dismiss") until and including, **July 26, 2019**. This Stipulation is made and based upon the following:

1. Plaintiffs filed their First Amended Class Action Complaint on May 8, 2019, in which they allege Defendant breached contractual duties as custodian of Plaintiffs' Individual Retirement Accounts. [ECF No. 46]. Plaintiffs seek certification to represent a class of similarly situated individuals across the country. *Id*.

2. Defendant filed the Motion to Dismiss on June 21, 2019 and Plaintiffs' opposition papers are currently due on July 5, 2019.

3. Counsel for Plaintiffs has requested additional time to evaluate the Motion to Dismiss and prepare a response, taking into account the exercise of due diligence. Counsel for Defendant has agreed to this request.

4. In light of the foregoing, the parties agree that Plaintiffs shall have up to, and including, **July 26, 2019**, to respond to the Motion to Dismiss.

5. This is the first request for an extension of time in this regard. This Stipulation is entered into in good faith and not for purposes of delay.

DATED: June 25, 2019

 */s/ Martin L. Welsh*
THE LAW OFFICE OF HAYES & WELSH
Martin L. Welsh, Esq. (Nevada Bar No. 8720)
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Email: mwelsh@lvlaw.com

///
///
///
///

DATED: June 25, 2019

 */s/ Mark E. Ferrario*
GREENBERG TRAURIG, LLP
Mark E. Ferrario, Esq. (Nevada Bar. No. 1625)
Jason K. Hicks, Esq. (Nevada Bar No. 13149)
10846 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email: ferrariom@gtlaw.com
Email: hicksjk@gtlaw.com

*Attorneys for Defendant*

| | |
|---|---|
| 1 | LAW OFFICE OF CHRISTOPHER J. GRAY P.C. |
| 2 | Christopher J. Gray, Esq. (*Pro Hac Vice*) |
| | 360 Lexington Avenue, 14th Floor |
| 3 | New York, New York 10017 |
| | Telephone: (866) 966-9598 |
| 4 | Email: chris@investorlawyers.net |
| 5 | Email: mike@investorlawyers.net |
| 6 | LAW OFFICES OF JOSHUA B. KONS, LLC |
| 7 | Joshua B. Kons, Esq. (*Pro Hac Vice*) |
| | 100 Pearl Street, 14th Floor |
| 8 | Hartford, CT 06103 |
| | Telephone: (860) 920-5181 |
| 9 | Facsimile: (860) 920-5174 |
| 10 | Email: joshuakons@konslaw.com |

*Attorneys for Plaintiffs*

         IT IS SO ORDERED.

                                   _____
                                   MIRANDA M. DU

                                   UNITED STATES DISTRICT COURT JUDGE

                                   DATED THIS 27th day of June 2019.