**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NOEL C. MURRAY, DR. SWARNA PERERA, and JOYCE E. FRIEDMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENT TRUST GROUP, LLC,<br><br>Defendant. | Case No.: 2:18-cv-01382-MMD-GWF<br><br>**ORDER RE:**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT TO FILE REPLY** |

**(First Request)**

Plaintiffs Noel C. Murray, Dr. Swarna Perera, and Joyce E. Friedman ("Plaintiffs"), by and through their counsel of record, the Law Office of Hayes & Welsh, the Law Office of Christopher J. Gray, P.C., and the Law Offices of Joshua B. Kons, LLC, and Defendant Provident Trust Group, LLC, by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate and request that the Court extend the time by which Defendant must respond to Plaintiffs' Opposition to Defendant's Motion to Dismiss the First Amended Class Action Complaint [ECF No. 52] by

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

twenty-eight (28) days up to, and including, **August 30, 2019**. This Stipulation is made and based upon the following:

1. Plaintiffs filed their First Amended Class Action Complaint on May 8, 2019, in which they allege Defendant breached contractual duties as custodian of Plaintiffs' Individual Retirement Accounts. [ECF No. 46]. Plaintiffs seek certification to represent a class of similarly situated individuals across the country. *Id*.

2. Defendant moved to dismiss the First Amended Class Action Complaint on June 21, 2019 [ECF No. 49], and Plaintiffs filed their opposition to that motion on July 26, 2019 [ECF No. 52]. Defendant's reply is currently due August 2, 2019. *Id*.

3. Counsel for Defendant has requested additional time to evaluate Plaintiffs' arguments and prepare a response, taking into account the exercise of due diligence as well as counsel's overseas travel plans. Counsel for Plaintiffs has agreed to this request.

4. In light of the foregoing, the parties agree that Defendant shall have up to, and including, **August 30, 2019**, to submit its reply brief.

5. This is the first request for an extension of time in this regard. This Stipulation is entered into in good faith and not for purposes of delay.

DATED this 29th day of July, 2019.　　　　DATED this 29th day of July, 2019.

*/s/ Jason Hicks*　　　　　　　　　　　　　　*/s/ Christopher Gray*
Mark F. Ferrario, Esq.　　　　　　　　　　　Martin L. Welsh, Esq.
Jason K. Hicks, Esq.　　　　　　　　　　　　LAW OFFICE OF HAYES & WELSH
GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　　　　　　　Christopher J. Gray, Esq.
Robert H. Bernstein, Esq.　　　　　　　　　LAW OFFICE OF CHRISTOPHER J. GRAY
Michael J. Slocum, Esq.
GREENBERG TRAURIG, LLP　　　　　　Joshua B. Kons, Esq.
*Attorneys for Defendants*　　　　　　　　　LAW OFFICES OF JOSHUA B. KONS
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 31, 2019

2

ACTIVE 616219479v1