AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

NOEL C. MURRAY, DR. SWARNA PERERA, and
JOYCE E. FRIEDMAN, on behalf of themselves and
all others similarly situated,,

          Plaintiffs,

v.

PROVIDENT TRUST GROUP, LLC,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  2:18-cv-01382-MMD-GWF

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered pursuant to this court's order entered December 18, 2019 (ECF No. 57).

    **IT IS FURTHER ORDERED** the remaining claims of Plaintiffs Murray and Perera are dismissed with prejudice pursuant to this court's order granting the parties stipulation of dismissal (ECF No. 61).

Date: January 13, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk